**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **TRACY BAYS, et al.** | * | **Civil Action No. 3:10CV00283-TMR** |
| **PLAINTIFF** | | **District Judge Thomas M. Rose** |
| **v** | * | |
| **CITY OF FAIRBORN, et al.** | | **AGREED ORDER GRANTING AN EXTENSION OF TIME TO THE FAIRBORN ART ASSOCIATION, INC. TO ANSWER THE AMENDED COMPLAINT OR OTHERWISE FILE A RESPONSIVE PLEADING THERETO** |
| **DEFENDANTS** | * | |

_____

Upon agreement of the parties, Fairborn Art Association, Inc. is hereby granted an extension of sixty (60) days to answer the amended complaint or otherwise file a responsive pleading thereto. Fairborn Art Association, Inc.'s answer or responsive pleading shall be filed on or before June 12, 2012.

SO ORDERED.

April 17, 2012                                                  **\*s/THOMAS M. ROSE**

                                                                _____
                                                                Judge Thomas M. Rose

Copies to all attorneys.

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**