## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRACY BAYS, et al. | * | Civil Action No. 3:10CV00283-TMR |
| PLAINTIFF | | District Judge Thomas M. Rose |
| v | * | |
| CITY OF FAIRBORN, et al. | | AGREED ORDER GRANTING AN EXTENSION OF TIME TO THE FAIRBORN ART ASSOCIATION, |
| DEFENDANTS | * | INC. TO ANSWER THE AMENDED COMPLAINT OR OTHERWISE FILE A RESPONSIVE PLEADING THERETO |

Upon agreement of the parties, Fairborn Art Association, Inc. is hereby granted an extension of thirty (30) days to answer the amended complaint or otherwise file a responsive pleading thereto. Fairborn Art Association, Inc.'s answer or responsive pleading shall be filed on or before July 12, 2012.

SO ORDERED.

_____
Judge Thomas M. Rose

Copies to all attorneys.